**CERTIFICATE OF SERVICE**

I, _____Amy M. Huber_____, certify that I am, and at all times during the service of process was,
          (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of the Summons, Notice of Dispute Resolution Alternatives, and a copy of the Complaint was made   May 22, 2025            by:
          (date)

  ✓  Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

   Amazon Web Services
   Attn: Officer or General Counsel
   410 Terry Avenue North
   Seattle, WA 98109


   ☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


   ☐  Residence Service: By leaving the process with the following adult at:


   ☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


   ☐  Publication: The defendant was served as follows: [Describe briefly]


   ☐  State Law: The defendant was served pursuant to the laws of the State of _____,
   as follows: [Describe briefly]                                                  (name of state)


   Under penalty of perjury, I declare that the foregoing is true and correct.

May 22, 2025                                                         _/s/ Amy M. Huber_____
Date                                                                  Signature

| |
|---|
| Print Name: Amy M. Huber, Bankruptcy Paralegal<br>Business Address: Archer & Greiner, P.C., Three Logan Square, 1717 Arch Street, Suite 3500<br>City: Philadelphia            State: PA            Zip: 19103 |

230520397 v1