# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRIO SYSTEMS, INC.,<br><br>　　　　　　Debtor.<br><br>―――――――――――――――――<br><br>ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AMAZON WEB SERVICES,<br><br>　　　　　　Defendant. | Chapter 7<br><br>Case No. 23-10670 (JKS)<br><br><br><br><br><br><br><br>Adv. Pro. No. 25-50952 (JKS) |

## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, ALFRED T. GIULIANO, in his capacity as chapter 7 trustee of the estate of BRIO SYSTEMS, INC., and Defendant, AMAZON WEB SERVICES, INC., acting through their undersigned counsel that:

1.　　Defendant was served with a copy of the Summons and Complaint in the above-captioned adversary proceeding.

2.　　The time that Defendant may answer, move, or otherwise respond to the Complaint herein is extended through and including July 20, 2025, without prejudice to any further requests for extension.

*[signature page follows]*

230617859 v3

| | |
|---|---|
| Dated: June 20, 2025 | Dated: June 25, 2025 |
| **K&L GATES LLP** | **ARCHER & GREINER, P.C.** |
| /s/ *Matthew B. Goeller* | /s/ *Natasha M. Songonuga* |
| Matthew B. Goeller (#6283) | Natasha M. Songonuga (Bar No. 5391) |
| 600 N. King St., Suite 901 | Douglas G. Leney[1] |
| Wilmington, DE 19801 | 300 Delaware Avenue, Suite 1100 |
| Tel: (302) 416-7080 | Wilmington, DE 19801 |
| Email: matthew.goeller@klgates.com | (302) 777-4350 |
| | Email: nsongonuga@archerlaw.com |
| | Email: dleney@archerlaw.com |
| *Attorneys for Defendant, Amazon Web Services, Inc.* | *Attorneys for Plaintiff, Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee* |

---

[1] *Pro hac vice* admission pending.

230617859 v3