**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BRIO SYSTEMS, INC.,<br><br>        Debtor. | Chapter 7<br><br>Case No. 23-10670 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON WEB SERVICES,<br><br>        `Defendant. | Adv. Pro. No. 25-50952 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHNSON CONTROLS,<br><br>        Defendant. | Adv. Pro. No. 25-50953 (JKS) |

| | |
|---|---|
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUSTWORKS COLLECTION, <br><br> Defendant. | Adv. Pro. No. 25-50954 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRETT JUSTIN MALOLEY, <br><br> Defendant. | Adv. Pro. No. 25-50955 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MBL SOLUTIONS LLC, <br><br> Defendant. | Adv. Pro. No. 25-50956 (JKS) |

| | |
|---|---|
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NILLIAM LOGISTICS FULFILLMENT, <br><br> Defendant. | Adv. Pro. No. 25-50957 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAN RUBIN, <br><br> Defendant. | Adv. Pro. No. 25-50958 (JKS) |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that the hearing scheduled for July 29, 2025, has been rescheduled at the direction of the Court for **July 22, 2025 at 10:00 a.m. (ET)**. All matters currently scheduled for the July 29, 2025 hearing will be adjourned to July 22, 2025.

Dated: June 27, 2025　　　　　　　　　　**ARCHER & GREINER, P.C.**

　　　　　　　　　　　　　　　　　　　　*/s/ Natasha M. Songonuga*
　　　　　　　　　　　　　　　　　　　　Natasha M. Songonuga, Esq. (Bar No. 5391)
　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-4350
　　　　　　　　　　　　　　　　　　　　Fax: (302) 777-4352
　　　　　　　　　　　　　　　　　　　　E-mail: nsongonuga@archerlaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for the Chapter 7 Trustee*

230657673 v1