# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRIO SYSTEMS, INC.,<br><br>   Debtor. | Chapter 7<br><br>Case No. 23-10670 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>AMAZON WEB SERVICES,<br><br>   `Defendant. | Adv. Pro. No. 25-50952 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHNSON CONTROLS,<br><br>   Defendant. | Adv. Pro. No. 25-50953 (JKS) |

| | |
|---|---|
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUSTWORKS COLLECTION, <br><br> Defendant. | Adv. Pro. No. 25-50954 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRETT JUSTIN MALOLEY, <br><br> Defendant. | Adv. Pro. No. 25-50955 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MBL SOLUTIONS LLC, <br><br> Defendant. | Adv. Pro. No. 25-50956 (JKS) |

230657673 v1

| | |
|---|---|
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>NILLIAM LOGISTICS FULFILLMENT,<br><br>   Defendant. | Adv. Pro. No. 25-50957 (JKS) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ALAN RUBIN,<br><br>   Defendant. | Adv. Pro. No. 25-50958 (JKS) |

## CERTIFICATE OF SERVICE

I, Natasha M. Songonuga, hereby certify that, on June 27, 2025, I caused true and correct copies of the *Notice of Rescheduled Hearing* to be served upon the parties listed on the attached service list, in the manner indicated:

Dated: June 27, 2025 **ARCHER & GREINER, P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: nsongonuga@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

# SERVICE LIST

## VIA EMAIL

Mark D. Olivere
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
olivere@chipmanbrown.com
*Counsel for Debtor*

Office of Unemployment
Compensation Tax Services
Commonwealth of Pennsylvania
Collections Support Unit
PO BOX 68568
Harrisburg, PA 17106-8568
ra-li-ucts-bankrupt@state.pa.us
*Creditor*

Matthew B. Goeller
K&L Gates LLP
600 N. King Street, Suite 901
Wilmington, DE 19801
matthew.goeller@klgates.com
*Counsel for Amazon Web Services, Inc.*

Michael Casertano
55 Water Street, 29th Floor
New York, NY 10041
mcasertano@justworks.com
*Senior Counsel for Justworks Collection*

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV
*U.S. Trustee*

Mike Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com
*Counsel for Boris Lipchin
and Brett Justin Maloley*

Nicholas Hahn
Godfrey & Kahn, S.C.
200 S. Washington Street, Suite 100
Green Bay, WI 54301
nhahn@gklaw.com
*Counsel for Johnson Controls*

## VIA FIRST CLASS MAIL

MBL Solutions LLC
Attn: Officer or General Counsel
1 Valley Road
Birkenhead, Merseyside CH417ED
United Kingdom
*Defendant*

Nilliam Logistics Fulfillment
Attn: Officer or General Counsel
2117 Corporate Drive
Boynton Beach, FL 33426
*Defendant*

Alan Rubin
14 Comstock Court
Ridgefield, CT 06877
*Defendant*