## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRIO SYSTEMS, INC.,<br><br>        Debtor. | )<br>)  Chapter 7<br>)<br>)  Case No. 23-10670 (JKS)<br>)<br>) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee of BRIO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON WEB SERVICES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Adv. Pro. No. 25–50952 (JKS)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF COUNSEL REGARDING
## ADVERSARY PROCEEDING SCHEDULING ORDER

On May 21, 2025, plaintiff Alfred T. Giuliano, solely in his capacity as the chapter 7 trustee of the estate of Brio Systems, Inc. (the "Trustee" or the "Plaintiff"), commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing a complaint against Amazon Web Services (the "Defendant" and collectively, the "Parties").

The initial pretrial conference in the Adversary Proceeding was initially scheduled for July 29, 2025, and adjourned by the Court to October 16, 2025 at 2:30 P.M. ET.

The Parties have conferred on a proposed form of scheduling order (the "Proposed Scheduling Order") governing discovery and other matters in the Adversary Proceeding, which is attached hereto as **Exhibit A**. The Parties consent to the entry of the Proposed Scheduling Order and ask that it be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 3, 2025 | Dated: October 3, 2025 |
| K&L GATES LLP | ARCHER & GREINER, P.C. |
| /s/ *Matthew B. Goeller*<br>Matthew B. Goeller (No. 6283)<br>600 N. King St., Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 416-7080<br>Email: matthew.goeller@klgates.com | /s/ *Natasha M. Songonuga*<br>Natasha M. Songonuga (Bar No. 5391)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Email: nsongonuga@archerlaw.com<br><br>Douglas G. Leney[1]<br>Paris Gyparakis[2]<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>Tel: (215) 963-3300<br>Email: dleney@archerlaw.com<br>            pgyparakis@archerlaw.com |
| *Counsel to Amazon Web Services, Inc.* | *Attorneys for Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee and Plaintiff* |

---

[1] Admitted *pro hoc vice.*
[2] Admitted *pro hoc vice.*