**EXHIBIT A**

**Proposed Order**

231707431 v3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BRIO SYSTEMS, INC., | ) |
| | ) Case No. 23-10670 (JKS) |
| Debtor. | ) |
| | ) |
| | ) |
| ALFRED T. GIULIANO, solely in his capacity | ) |
| as Chapter 7 Trustee of BRIO SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Adv. Pro. No. 25–50952 (JKS) |
| v. | ) |
| | ) **Re: Dkt. No. ___** |
| AMAZON WEB SERVICES, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER APPROVING SETTLEMENT OF**
**AVOIDANCE ACTION PURSUANT TO FED. R. BANKR. P. 9019**

Upon the motion (the "Motion")[1] of Alfred T. Giuliano, in his capacity as the chapter 7 trustee of the estate of Brio Systems, Inc. and plaintiff herein (the "Trustee"), for the entry of an order approving the settlement of the above-captioned adversary proceeding in accordance with the terms of the Settlement Agreement, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware,* dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

231707431 v3

to 28 U.S.C. §§ 1408 and 1409; and appropriate notice of and opportunity for a hearing on the

Motion having been given and that such notice is adequate and no other or further notice need be

given; and the Court having held a hearing to consider the relief requested in the Motion; and the

Court having determined that approval of the Settlement Agreement is in the best interests of the

estate and that the legal and factual bases set forth in the Motion establish just cause for the relief

granted herein; and after due deliberation,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Settlement Agreement, attached to the Motion as Exhibit B, is approved in its entirety pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019.

3. The Trustee is authorized to take all actions reasonably necessary or appropriate to effectuate, or otherwise enforce the terms, conditions, and provisions of the Settlement Agreement.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

231707431 v3