**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 7 |
| BRIO SYSTEMS, INC., ) | Case No. 23-10670 (JKS) |
| Debtor. ) | |
| ALFRED T. GIULIANO, solely in his capacity ) as Chapter 7 Trustee of BRIO SYSTEMS, INC., ) | |
| Plaintiff, ) | Adv. Pro. No. 25–50952 (JKS) |
| v. ) | **Hearing Date: 5/19/2026 at 11:00 am (ET)** |
| AMAZON WEB SERVICES, ) | **Objection Deadline: 5/4/2026 at 4:00 pm (ET)** |
| Defendant. ) | |

**NOTICE OF TRUSTEE'S MOTION FOR AN ORDER
APPROVING SETTLEMENT OF AVOIDANCE ACTION
PURSUANT TO FED. R. BANKR. P. 9019**

PLEASE TAKE NOTICE that Alfred T. Giuliano, in his capacity as the chapter 7 trustee of the estate of Brio Systems, Inc. and plaintiff herein (the "Trustee") has filed the *Trustee's Motion for an Order Approving Settlement of Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that pursuant to the Motion, the Trustee seeks approval of settlement of an avoidance action claim with Amazon Web Services.

231707431 v3

PLEASE TAKE FURTHER NOTICE any responses or objections to the Motion must be filed with the Bankruptcy Court in accordance with the local rules on or before **May 4, 2026 at 4:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order granting the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Motion will be held on **May 10, 2026 at 11:00 a.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge.

Dated:  April 13, 2026

By: */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Email:  nsongonuga@archerlaw.com

-and-

Douglas G. Leney[1]
Paris Gyparakis[2]
ARCHER & GREINER, P.C.
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Tel: (215) 963-3300
Email: dleney@archerlaw.com
        pgyparakis@archerlaw.com

*Attorneys for Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee and Plaintiff*

---

[1] Admitted *pro hac vice.*

[2] Admitted *pro hac vice.*

231707431 v3