**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BRIO SYSTEMS, INC., | ) |
| | ) Case No. 23-10670 (JKS) |
| Debtor. | ) |
| | ) |
| | ) |
| ALFRED T. GIULIANO, solely in his capacity | ) |
| as Chapter 7 Trustee of BRIO SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 25–50952 (JKS) |
| | ) |
| AMAZON WEB SERVICES, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Natasha M. Songonuga, hereby certify that, on April 13, 2026, I caused true and correct copies of the *Trustee's Motion for an Order Approving Settlement of Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* to be served upon the parties listed on the attached service list, via email or first-class mail, as indicated:

Dated: April 13, 2026

**ARCHER & GREINER, P.C.**

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: nsongonuga@archerlaw.com

*Attorneys for the Chapter 7 Trustee*

231707431 v3

## SERVICE LIST

**Via Email**

Mark D. Olivere
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801
olivere@chipmanbrown.com

*Attorneys for Debtor*

Office of Unemployment
Compensation Tax Services
Commonwealth of Pennsylvania
Collections Support Unit
PO BOX 68568
Harrisburg, PA 17106-8568
ra-li-ucts-bankrupt@state.pa.us

*Creditor*

Mike Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
mbusenkell@gsbblaw.com

*Attorneys for Defendant, Brett Justin Maloley*

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
USTPRegion03.WL.ECF@USDOJ.GOV

*U.S. Trustee*

Matthew B. Goeller
K&L Gates LLP
600 N. King St., Ste. 901
Wilmington, DE 19801
matthew.goeller@klgates.com

*Attorneys for Defendant, Amazon Web Services*

**Via First Class Mail**

MBL Solutions LLC
Attn: Officer or General Counsel
2334 N. Keeler Ave.
Chicago, IL 60639-3620

*Defendant*

Alan Rubin
14 Comstock Court
Ridgefield, CT 06877

*Defendant*

MBL Solutions LLC
Attn: Registered Agent
2705 Carpenters Grade Rd.
Maryville, TN 37803

*Defendant*

2

231707431 v3